# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE 3:24-cr-00222-MPS |
| v. | : | |
| RICHARD BEAUDOIN | : | DECEMBER 16, 2025 |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Richard Beaudoin, by and through undersigned counsel, pursuant to the fifth and sixth amendments to the United States constitution; 18 U.S.C. §3141 et. seq.; F. R. Cr. P. 46(a) and L. Cr. R. 47, moves this Honorable Court to modify his conditions of release to allow him to attend holiday celebrations at his sister's house. He wishes to attend:

1. Christmas Eve on December 25, 2025, from 4:00pm to 9:00pm;
2. Christmas Day on December 25, 2025, from 11:00am to 5:00pm; and,
3. New Year's celebration and his great niece's birthday on January 3, 2026, from 3:30pm to 6:30pm.

Mr. Beaudoin will provide USPO Caitlin Brennan, who expressed no objections, with the exact address.

**WHEREFORE**, Mr. Beaudoin requests that this Court grant the modification of his conditions of release to allow attend holiday celebrations.

THE DEFENDANT – RICHARD BEAUDOIN

By: <u>/s/ Magdalena Narozniak</u>
His Attorney
Magdalena Narozniak, Esq.
Ct Fed Bar No. ct30916
Bulter, Norris & Gold
254 Prospect Ave
Hartford, CT 06106
Tel: 860-236-6951
Fax: 860-236-5263
Email: mnarozniak@bnglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this motion was delivered electronically via the Court's electronic filing system to all parties and counsel of record this 16the day of December, 2025.

By: <u>/s/ Magdalena Narozniak</u>  Magdalena Narozniak, Esq.

2